UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| FRANCISO MARIN, JR., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 1:04-cv-1780-DFH-WTL |
| v. | ) | |
| | ) | |
| PEARSON EDUCATION, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

## ENTRY OF DISMISSAL

In the June 22, 2005, Entry, the Court scheduled a Status Conference for August 1, 2005, at 3:30 p.m.  Further, the Entry, which was mailed to Plaintiff, made clear that failure of the Plaintiff to appear in person for this scheduled Status Conference would result in this case being closed. Plaintiff failed to appear for the August 1, 2005, Status Conference.  Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this case is Dismissed with Prejudice.

ENTERED this 8th day of August, 2005.

_____
The Honorable David F. Hamilton
United States District Court
Southern District of Indiana

Distribution:

Stuart R. Buttrick
BAKER & DANIELS
srbuttri@bakerd.com

Roberta Sabin Recker
BAKER & DANIELS
rsrecker@bakerd.com

FRANCISO MARIN JR.
6440-3 Potomac Square Lane
Indianapolis, IN 46268